

USAO 2016R00142 PMC/jb

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal No.** DKC-19-0276 |
| **AMERICAN HOMEOWNER SERVICES,** | : | |
| **WALTER CLEWS,** | : | **(Toxic Substances Control Act,** |
| **LARRY F. PRICE, and** | : | **15 U.S.C. § 2615(b), Aiding and** |
| **PAMALA GEREK,** | : | **Abetting, 18 U.S.C. § 2)** |
| | : | |
| **Defendants.** | : | |
| | : | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 JUN -3 PM 3: 25
CLERK'S OFFICE
AT BALTIMORE
BY_______DEPUTY

**oooOooo**

# INFORMATION

## COUNTS ONE TO THREE
**Toxic Substances Control Act**

The United States Attorney for the District of Maryland charges that:

On or about the dates set out below, each one constituting a separate count, and within the District of Maryland, the defendants,

**AMERICAN HOMEOWNER SERVICES,
WALTER CLEWS,
LARRY PRICE, and
PAMALA GEREK,**

knowingly failed to comply and caused others to fail to comply with the regulations for lead-based paint activities under 40 C.F.R. Part 745, Subpart L and Maryland's Code of Regulations, Chapters 26.16.01-26.16.05, to wit, the defendants failed to have a person accredited by the Maryland Department of the Environment determine and certify that the target housing listed

below was "lead-free," and instead caused unaccredited and untrained American Homeowner Services administrative staff to determine that the target housing was lead-free (when it was not), and certify and sign the corresponding lead-free inspection reports, MDE Forms 330 (Lead Paint Risk Reduction Certificate), and MDE Forms E (Lead-Free Inspection Summary Report), on behalf of Defendant Larry Price, the inspector who in fact performed the inspections.

| **Count** | **Date of Inspection** | **Address** |
|---|---|---|
| One | June 3, 2014 | 21708 Saint Lo Place, Lexington Park, Maryland 20653 |
| Two | June 5, 2014 | 8928 Frederick Avenue, North Beach, Maryland 20714 |
| Three | June 24, 2014 | 105 Ferdinand, Glen Burnie, Maryland 21061 |

15 U.S.C. § 2615(b)
18 U.S.C. § 2.

**COUNTS FOUR TO SIX**
**Toxic Substances Control Act**

The United States Attorney for the District of Maryland further charges that:

On or about the dates set out below, each one constituting a separate count, and within the District of Maryland, the defendants,

**AMERICAN HOMEOWNER SERVICES, and**
**LARRY PRICE,**

knowingly failed to comply and caused others to fail to comply with the work practice standards for lead-based paint activities under 40 C.F.R. Part 745, Subpart L, and Maryland's Code of Regulations, Chapters 26.16.01-26.16.05; to wit **LARRY PRICE** and **AMERICAN HOMEOWNER SERVICES** failed to test for the presence of lead-based paint in all required painted areas when inspecting target housing for the presence of lead-based paint and failed to document the presence of lead-based paint in these residences when, in fact, all three contained lead-based paint.

| Count | Date of Inspection | Address |
|---|---|---|
| Four | June 3, 2014 | 21708 Saint Lo Place, Lexington Park, Maryland 20653 |
| Five | June 5, 2014 | 8928 Frederick Avenue, North Beach, Maryland 20714 |
| Six | June 24, 2014 | 105 Ferdinand, Glen Burnie, Maryland 21061 |

15 U.S.C. § 2615(b)
18 U.S.C. § 2

Robert K. Hur /mc/
Robert K. Hur
United States Attorney